UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| | : | |
| v. | : | Mag. No. 25-11080 |
| | : | |
| LEONARDO BORRERO | : | **ORDER FOR CONTINUANCE** |

1.  This matter came before the Court on the joint application of Alina Habba, Acting United States Attorney for the District of New Jersey (Eli Jacobs, Assistant U.S. Attorney, appearing), and defendant Leonardo Borrero (Joel Silberman, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) from August 1, 2025, through September 30, 2025.

2.  This is the third § 3161(h)(7)(A) continuance in this case.

3.  Counsel for the parties represented that the defendant has signed a plea agreement and this continuance is necessary for the defendant to enter a guilty plea, resolve this case prior to indictment, and thereby avoid a trial.

4.  Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5.  The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6.  The defendant, through counsel, has consented to this continuance.

7.  FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

- 2 -

      a.    Despite the exercise of diligence, the circumstances of this case require giving a reasonable amount of additional time for the defendant to enter a guilty plea, which would render grand jury proceedings and a trial in this matter unnecessary.

      b.    Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for 61 days from August 1, 2025, through September 30, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. ANDRÉ M. ESPINOSA
United States Magistrate Judge

Dated: July _28_, 2025

- 3 -

Form and entry consented to:

*/s/ Eli Jacobs*  
Eli Jacobs  
Assistant U.S. Attorney

*/s/ Joel Silberman (EJ)*  
Joel Silberman, Esq.  
Counsel for Leonardo Borrero

*/s/ Kendall R. Randolph (EJ)*  
Kendall R. Randolph  
Deputy Chief, Organized Crime/Gangs Unit